1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| *In re: Entertainment Partners Data Breach Litigation*<br><br>This Document Related to:<br>ALL ACTIONS | Case No. 2:23-cv-06821-CAS-PVCx<br><br>**ORDER RE DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT [JS-6]**<br><br>JUDGE: Hon. Christina A. Snyder |

Having considered the parties' joint stipulation of dismissal, the Court finds that good cause exists to dismiss Plaintiffs' Consolidated Amended Complaint *without* prejudice.

**IT IS HEREBY ORDERED** that the stipulation is approved, and Plaintiffs' Consolidated Amended Complaint is hereby dismissed *without* prejudice pursuant to Fed. Civ. R. P. 41(a)(1)(A)(ii).  Each party shall bear its own costs.

DATED: MAY 16, 2024

_____
The Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE